ERNEST SMITH, Respondent, v. RAY CASE, Appellant, and ROY MORROW, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

LOIS DORAN, an Infant under the Age of Fourteen Years, by Her Guardian ad Litem, RUTH DORAN, Respondent, v. RAY CASE, Appellant, and ROY MORROW, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

FRANK GUILIANO, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ERNEST CAPONE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent. ANTONIO GEORGE, Appellant, v. UNITED STATES GYPSUM COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order directs each of the plaintiffs to submit to a physical examination before trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

EDNA V. HOWES, as Executrix, etc., of WHEELER EARL HOWES, Deceased, Respondent, v. EDGAR T. GINDER, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ELJER COMPANY, Appellant, v. JOSEPH SPRIESCH, Respondent.— Judgment and order affirmed, with costs. All concur, except Harris, J., not voting. (The judgment is for defendant in an action under a lease to recover rentals. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.